**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JOHN JEKO, | ) |
|        Plaintiff | ) |
|    v. | ) **Case No.: 5:13-cv-00104-MHS-CMC** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
|        Defendant | ) |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

TO THE CLERK:

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: <u>November 12, 2013</u>          BY: <u>*/s/ Amy L. Bennecoff*</u>
                                              Amy L. Bennecoff, Esquire
                                              Kimmel & Silverman, P.C
                                              30 East Butler Pike
                                              Ambler, PA 19002
                                              Phone: (215) 540-8888
                                              Facsimile: (877) 788-2864
                                              Email: abennecoff@creditlaw.com
                                              Attorney for Plaintiff

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of First Class Mail on November 12, 2013 to the below:

Steven R. Zahn, Esq.
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, VA 23502

*/s/ Amy L. Bennecoff*
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: abennecoff@creditlaw.com
Attorney for Plaintiff