IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **JOHN JEKO** | § | |
| | § | |
| **V.** | § | **No. 5:13CV104** |
| | § | |
| **PORTFOLIO RECOVERY** | § | |
| **ASSOCIATES, LLC** | § | |

ORDER OF DISMISSAL

This action came on before the Court, Honorable Michael H. Schneider, District Judge, presiding, and the plaintiff having filed a notice of voluntary dismissal with prejudice"*F qe0P q04) pursuant to FED. R. CIV. P. 41(a)(1)(i), it is hereby

**ORDERED** that Plaintiff's above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**.

It is SO ORDERED.

SIGNED this 13th day of November, 2013.

*[signature: Michael Schneider]*
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE