**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOHN JEKO | § | |
| | § | |
| v. | § | Case No. 5:13-cv-104-MHS-CMC |
| | § | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | § | |

## Final Judgment

In accordance with the Plaintiffs' Notice of Voluntary Dismissal (Doc. No. 4), it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

It is SO ORDERED.

SIGNED this 13th day of November, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE